**2008–1034.   State ex rel. Baldwin v. Hamilton Cty. Bd. of Elections.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1065.   State ex rel. Smiley v. Davis.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1067.   State ex rel. Taylor v. Mazur.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1100.   Williams v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus of Keith J. Williams. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1102.   Cunningham v. Williams.**
In Habeas Corpus. On petition for writ of habeas corpus of Gregory Cunningham. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1165.   State ex rel. Swartz v. Anderson.**
In Habeas Corpus. On petition for writ of habeas corpus of Jacob Swartz. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1190.   Cottrill v. Anderson.**
In Habeas Corpus. On petition for writ of habeas corpus of James Cottrill. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2008–1254.   Breckenridge v. Washington.**
In Habeas Corpus. On petition for writ of habeas corpus of Sheila Breckenridge. Sua sponte, cause dismissed.

Moyer, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1987–0447.   State v. Henderson.**
Hamilton App. No. C–850557. On motion to set execution date. Motion denied.
   O'Donnell, J., dissents.